UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:91-CR-86 |
| | ) | |
| WALTER CALVIN BORDERS, | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 3, 2011, the parties appeared for a detention hearing and for a preliminary hearing pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure. Kelly Ann Norris was present representing the Government. Kim A. Tollison represented the Defendant, who was also present. After hearing the testimony of United States Probation Officer M. Elaine Johnson, and considering the arguments of both parties, the Court found, and the parties agreed, that probable cause exists to believe that a violation occurred. For the reasons further explained in the bench ruling attached here as **Exhibit A**, the Court **ORDERS** that the Defendant remain in custody from now until his revocation hearing before his revocation hearing on **October 11, 2011, at 2:00 p.m.**, before the Honorable Thomas W. Phillips, United States District Judge.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge